1  CYNTHIA MELLEMA (State Bar No. 122798)
   JOHN L. WILLIAMS (State Bar No. 129918)
2  SONNENSCHEIN NATH & ROSENTHAL LLP
   685 Market Street, 6th Floor
3  San Francisco, CA 94105
   Telephone: (415) 882-5000
4  Facsimile:  (415) 543-5472

5  Attorneys for Defendant
   Allstate Insurance Company
6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | FIRE INSURANCE EXCHANGE,           | No. C 04-4055 PJH
12 |         Plaintiff,                  | STIPULATION TO DISMISSAL
13 |     vs.                             | AND ORDER
14 | ALLSTATE INSURANCE COMPANY,         |
15 |         Defendant.                  |

Case No. C 04-4055 PJH                                    STIP. TO DISMISSAL

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41 (a), plaintiff, Fire Insurance Exchange and defendant, Allstate Insurance Company, by and through their respective counsel of record, hereby stipulate to dismissal of the above-captioned action with prejudice and in its entirety, each party to bear their own fees and costs.

Dated: May 13, 2005

SONNENSCHEIN NATH & ROSENTHAL LLP

By _____
JOHN LELAND WILLIAMS

Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

Dated: May 20, 2005

MAGUIRE, GAHAN & TURK

By _____
DANIEL G. MAGUIRE

Attorneys for Plaintiff
FIRE INSURANCE EXCHANGE



GRANTED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA